UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK SHARRAH                                                                                              PETITIONER

v.                                             No. 2:21-CV-02115

RON BROWN, Sheriff of
Crawford County, Arkansas                                                                      RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 3) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections (Doc. 4). The Court has reviewed the report and recommendation de novo. The Magistrate recommends that Plaintiff's habeas petition be dismissed without prejudice pursuant to the *Younger* abstention doctrine. Plaintiff's objections largely reiterate his case and address its merits, but offer neither law nor fact to overcome the requirement of *Younger* abstention.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 3) is ADOPTED IN FULL and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 21st day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE