UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICK SHARRAH                                                                PETITIONER

v.                                        No. 2:21-CV-02115

RON BROWN, Sheriff of
Crawford County, Arkansas                                          RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED

WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 21st day of July, 2021.


/s/ P. K. Holmes, III

P.K. HOLMES, III
U.S. DISTRICT JUDGE